UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Carolyn Rude | ) | |
| | ) | |
|    Plaintiff(s) | ) | |
| | ) | Case No. 4:06cv964 CDP |
| vs. | ) | |
| | ) | |
| Social Security Administration | ) | |
| | ) | |
| | ) | |
|    Defendant(s) | ) | |

## **ORDER**

The above styled and numbered case was filed on June 22, 2006 and randomly assigned an Eastern Division number.

After a review of the case, the Clerk's Office found that the case was opened incorrectly and should have been assigned a Northern Division case number.

IT IS THEREFORE ORDERED that the case has been reassigned to our Northern Division and the new case number is 2:06cv00037 ERW.

Dated this 23rd day of June.          JAMES G. WOODWARD
                                                  CLERK OF COURT

                                                         By: /s/ Karen Moore
                                                           Deputy Clerk

**Please note the new case number: 2:06cv00037 ERW**.